# Court of Appeals
# of the State of Georgia

ATLANTA,   November 02, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0143.  PHILLIP RAGLAND v. THE STATE.**

On August 18, 2016, the trial court entered an order revoking Phillip Ragland's probation.  On October 17, 2016, Ragland filed this application for discretionary appeal.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  This application, filed 60 days after entry of the challenged order, is untimely and is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   11/02/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*